Case 1:20-cv-09140-ALC   Document 13   Filed 04/01/21   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/1/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**BISHOP,** *on behalf of himself and all other persons similarly situated,*

                      **Plaintiffs,**

        v.                                    **1:20-cv-09140-ALC**
                                            **ORDER**

**STRIVECTIN OPERATING COMPANY, INC.,**

                      **Defendant.**

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

    The parties are ORDERED to file a joint status report by April 15, 2021.

**SO ORDERED.**
**Dated: April 1, 2021**
      New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**