UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Cedric Bishop, *on behalf of himself and all other persons similarly situated*,

        Plaintiff,

-against-

Strivectin Operating Company, Inc.,

        Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 21, 2021

1:20-cv-09140 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Parties' pre-motion conference letters regarding Defendant's request for leave to file a motion for summary judgment. ECF Nos. 16, 17. Upon review of the submissions and before ruling on the letter motion, the Court would like to know whether there is any discovery the Parties would need before proceeding to the summary judgment stage.

  Accordingly, the Parties are ORDERED to respond with supplemental letters (in accordance with Individual Rule 2(A)) specifically explaining whether and why discovery is necessary before summary judgment briefing. Plaintiff's letter is due no later than **May 27, 2021**. Defendant should respond **within 3 business days** of service of Plaintiff's letter.

**SO ORDERED.**

**Dated:** May 21, 2021
**New York, New York**

               _____
               **ANDREW L. CARTER, JR.**
               **United States District Judge**