UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
```
**CEDRIC BISHOP,** *on behalf of himself and all other persons similarly situated,*
                **Plaintiff,**

           -against-

**STRIVECTIN OPERATING COMPANY, INC.,**

                **Defendant.**
```
-------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 28, 2021

1:20-cv-9140 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' pre-motion conference letters concerning Defendant Strivectin Operating Company, Inc.'s anticipated motion for summary judgment, ECF Nos. 16, 17, as well as the Parties' supplemental letter briefing regarding whether the Court should order discovery before granting Defendant leave to file the intended motion for summary judgment. ECF Nos. 19, 20. Upon review of the submissions, the request for a pre-motion conference is hereby **GRANTED**.

      The Court will hold the conference on **Friday, August 6, 2021 at 12:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **July 28, 2021**
        **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**